AO 455 (Rev. 5/85) Waiver of Indictment

FILED

# UNITED STATES DISTRICT COURT

JAN 04 2012

DAVID CREWS, CLERK

__Northern__ DISTRICT OF __Mississippi__

BY: _____ DEPUTY

UNITED STATES OF AMERICA

V.

JACK SETTLES

## WAIVER OF INDICTMENT

CASE NUMBER: 1:11CR138

I, __JACK SETTLES_____, the above named defendant, who is accused of did knowingly and intentionally make and cause a cigarette manufacturer and a wholesale tobacco distributor to make materially false statements and representations to a government agency,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____1/4/2012_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Date_

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer